Ann-Martha Andrews
State Bar No. 7585
E-mail: AAndrews@LRRLaw.com
Todd D. Erb
State Bar No. 12203
E-mail: TErb@LRRLaw.com
**LEWIS ROCA ROTHGERBER LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENIA DYKE, | No. 2:14-cv-02009-APG-CWH |
| Plaintiff, | **STIPULATION TO VACATE SCHEDULING ORDER** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for the Group Long Term Disability Plan for Employees of NV Energy; DOES I through V; and ROE Corporations I through V, inclusive, | |
| Defendants. | |

Plaintiff Genia Dyke and defendant Hartford Life and Accident Insurance Company stipulate to vacate the Scheduling Order (Dkt. # 11, # 13).

This is an ERISA-governed dispute over disability insurance benefits. *See* Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq*. Hartford has elected to reinstate Dyke's claim for benefits. As a result, Dyke's Complaint, asserting a claim for benefits under 29 U.S.C. § 1132(a)(1)(B), has become moot.

Dyke is entitled to move for attorneys' fees under 29 U.S.C. § 1132(g). The parties will attempt to resolve the fee issue informally. If the parties successfully resolve the fee issue, they will file a stipulation to dismiss the lawsuit on or before

**June 19, 2015**.

In the event that the parties are unable informally to resolve the issue of attorneys' fees, the parties agree that Dyke may have through **June 19, 2015** in which to file a motion for attorneys' fees.

DATED this 18th day of May 2015.

LAW OFFICE OF JULIE A. MERSCH

BY:/s/Julie A. Mersch (with permission)
   JULIE A. MERSCH
   Nevada Bar No. 4695
   701 South Seventh Street
   Las Vegas, Nevada 89101
   Attorney for Plaintiff

LEWIS AND ROCA LLP

BY: /s/ Ann-Martha Andrews
   ANN-MARTHA ANDREWS
   Nevada Bar No. 7585
   TODD D. ERB
   Nevada Bar No. 12203
   3993 Howard Hughes Parkway
   Suite 600
   Las Vegas, Nevada 89169
   Attorneys for Defendant Hartford and Accident Life Insurance Company

**ORDER**

IT IS SO ORDERED.

_____
**United States Magistrate Judge**
DATED: May 19, 2015